IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANDRE PEER**     **PLAINTIFF**

v.     No. 2:12-cv-97-DPM

**TOM VILSACK, Secretary,**
**United States Department of Agriculture**     **DEFENDANT**

### ORDER

Peer's motion for a default judgment, № 10, is denied. He served Secretary Vilsack but did not also serve the United States Attorney and Attorney General as required by Federal Rule of Civil Procedure 4(i).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2013