IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANDRE PEER**                                                                       **PLAINTIFF**

v.                                   No. 2:12-cv-97-DPM

**TOM VILSACK, Secretary,**
**United States Department of Agriculture**                      **DEFENDANT**

ORDER

On 26 April 2013 the Court extended — for a third time — Peer's window for serving the United States. № 13. More than 30 days have passed since the May 10th service deadline, and no proof of service has been filed. The Court will dismiss the case without prejudice on 21 June 2013 unless Peer files proof of service before then.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 June 2013