## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ANDRE PEER**                                                                               **PLAINTIFF**

v.                                          No. 2:12-cv-97-DPM

**TOM VILSACK, Secretary,**
**United States Department of Agriculture**                      **DEFENDANT**

### ORDER

Peer has not provided proof of good service despite the Court's warnings. *E.g.*, № 14. His complaint is dismissed without prejudice. Motion, № 15, denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 June 2013