IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANDRE PEER**  PLAINTIFF

v.  No. 2:12-cv-97-DPM

**TOM VILSACK, Secretary,**
**United States Department of Agriculture**  DEFENDANT

## JUDGMENT

Peer's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 June 2013