# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ANDRE PEER**                                                     **PLAINTIFF**

**v.**                              **No. 2:12-cv-97-DPM**

**TOM VILSACK, Secretary,**
**United States Department of Agriculture**              **DEFENDANT**

## JUDGMENT

Peer's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 June 2013